**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAPHAEL RAHMON MUHAMMAD,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | **No. 18-03230** |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 30th day of April, 2019, upon consideration of Plaintiff Raphael Rahmon Muhammad's Request for Review (Doc. No. 7), the Defendant's Response (Doc. No. 11), and the administrative record, and after careful consideration of Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. No. 12), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 12) is **APPROVED and ADOPTED;**[1]

2. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and Plaintiff's Request for Review (Doc. No. 7) is **DENIED**; and

3. **The Clerk of Court shall mark this case CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1]     Pursuant to Local Rule of Civil Procedure 72.1(IV) and 28 U.S.C. 636(b)(1), Mr. Muhammad had fourteen (14) days to object to the Report and Recommendation. The Report and Recommendation was issued on February 26, 2019, and Mr. Muhammad has not objected to it.